# United States Bankruptcy Court
## District of Nevada

**Case No. 10–13672–lbr**
**Chapter 7**

In re: (Name of Debtor)
    SONIA G LOPEZ
    6525 CHARLIE CHAPLIN AVE #103
    LAS VEGAS, NV 89122

Social Security No.:
    xxx–xx–1705

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

IT IS ORDERED THAT JOSEPH B. ATKINS is discharged as trustee of the estate of the above named debtor(s).

The Chapter 7 case of the above named debtor(s) is closed.

Dated: 9/30/10                                    BY THE COURT

                                                  *Mary A. Schott*

                                                  Mary A. Schott
                                                  Clerk of the Bankruptcy Court