GREGORY L. WILDE, ESQ.
Nevada Bar No. 004417
WILDE & ASSOCIATES
212 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone (702) 258-8200

Attorneys for Secured Creditor Wells Fargo Bank, N.A.
10-71631

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In Re: | Bk Case No.: 10-13672-lbr |
| Sonia G. Lopez | Date: November 9, 2010<br>Time: 10:30 am |
| | Chapter 7 |
| Debtor. | |

## DECLARATION IN RESPONSE TO ORDER TO SHOW CAUSE

I, GREGORY L. WILDE, ESQ., hereby declare under penalties of perjury of the United States of America that;

I am counsel of record for Wells Fargo Bank, N.A., in regards to this matter and responsible for the Motion for Relief From Automatic Stay which is the subject of this proceeding.

On September 29, 2010, a hearing was held before the Court on the Secured Creditor's Motion for Relief wherein the Court recognized that the Debtor had been discharged so the request was moot. However, the Court ruled that Secured Creditor, to the extent that it had initiated a foreclosure proceeding, must file a "new" Notice of Default.

Upon the oral allegations made in open Court by Stephanie Harmrick, Esq., the Court further ordered Secured Creditor to provide a Declaration and payment history to the Debtor and counsel, setting the matter for November 9, 2010.

The oral allegations included, but were not limited to, that the Secured Creditor had entered into a forebearance agreement with the Debtor, and that later it, or its counsel, had prepared false pleadings in an effort to harass or otherwise annoy the Debtor. There were no documents or testimony to substantiate these allegations.

In fact, the Debtor had filed an opposition to the motion on August 25, 2010 and did not make or mention the allegations made by her temporary counsel. However, she did claim that she had made all the "pre-petition" and "post-petition" payments due under the note, which was not the case.

That undersigned counsel promptly contacted the Secured Creditor to obtain a payment history and explanation pursuant to the Court's direction and by October 18, 2010, had received a payment history, an explanation, and a had a draft declaration for the client's signature.

Attached as exhibit "1" is a copy of the subject declaration with the forebearance agreement as exhibit "A" and payment history as exhibit "B". For convenience purposes, undersigned counsel has attached hereto as exhibit "2" an enlarged copy of the payment history.

In full candor to the Court and Debtor, undersigned counsel "dropped the ball" at this point and did not follow up any further with the client after October 18, 2010. Perhaps since the case was closed after the hearing but this is no excuse. Any sanctions awarded will be the full responsibility of undersigned counsel.

Before the Court considers issuing sanctions, it should briefly review the attached history and forebearance agreement. It is clear that Ms. Hamrick had not seen the forebearance agreement, or perhaps any documents, and that the Debtor was not fully candid with the Court and sat back while her advocate made the misguided allegations against the Secured Creditor.

There was a temporary agreement made between the parties but it included a balloon payment of $4,461.70 on April 3, 2010, which the Debtor did not make. She only informed the Court of the $525.00 payments and that she had made the same. There is no dispute that she failed to make the balloon payment, choosing instead to file bankruptcy on March 8, 2010.

1  The Secured Creditor properly held the three (3) payments of $525 each in suspense and later

2  applied them pursuant to the terms of the note.  Thereafter the Debtor did not perform causing the

3  subject motion to be filed on June 23, 2010, which accurately reflects that the Debtor was due for the

4  April 2010 payment.   See exhibit "2".

5  The Court should note that, as detailed in the motion, a Notice of Default had not been initiated

6  and Secured Creditor has accepted payments thereafter.

7  There is no reason to issue sanctions in this case for the pleadings were not false and the

8  impromptu allegations made by Ms. Hamrick have been properly addressed demonstrating that they

9  were not correct.

10  Further Declarant sayeth naught.

11  

12  BY: _____

13  Gregory L. Wilde, Esq.

14  

15  

16  **Certificate of Facsimile**

17  I certify that I am an employee of Wilde & Associates and on November 8, 2010, I faxed a copy

18  of the foregoing document to:

19  Stephanie Hamrick, Esq. @

20  702 388 1641

21  

22  Employee of Wilde & Associates

23  

24  

25  

26

**Exhibit "1"**

WILDE & ASSOCIATES
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
208 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone: 702 258-8200
Fax: 702 258-8787

Wells Fargo Bank, N.A.
**10-71631**

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In Re: | 10-13672-lbr |
| | Date: |
| Sonia G. Lopez | Time: |
| | Chapter 7 |
| Debtor | |

## <u>DECLARATION IN SUPPORT OF THE MOTION</u>

## <u>FOR RELIEF FROM AUTOMATIC STAY</u>

THE UNDERSIGNED DECLARES AND STATES:

1)      I am over eighteen years of age and am employed by Wells Fargo Bank, N.A., Secured Creditor in the instant action. I have personal knowledge of the foregoing, except as to those matters stated under information and belief, and as to those matters I believe them to be true, and if called upon as a witness I could and would competently testify thereto.

2)      I am employed as the _____ with Secured Creditor and I am familiar with Secured Creditor's treatment of loans involved in Bankruptcy proceedings. The records in question are maintained under my control and supervision.

3)      These documents include, but are not necessarily limited to, loan documents, including promissory notes and deeds of trust and assignments kept in the ordinary course of business, entries



are made in the records of Wells Fargo Bank, N.A., at or about the time of any loan activity reflecting that activity, and payment histories on the subject loan.

4)    I have reviewed this account and have found that on December 3, 2009 a forbearance agreement was offered to the debtors. This agreement was signed on March 1, 2010 by the Debtors. The agreement arranged for the Debtor to make partial payments curing the account arrearages in full by a due date of April 3, 2010.    The Forbearance Agreement is attached as Exhibit "A".  Payments in the amount of $525.00 were to be paid on January 3, 2010, February 3, 2010 and March 3, 2010 with a final payment in the amount of $4,461.70 due on or before April 3, 2010.    The lower amounts that were outlined were designed to allow the borrower time to determine how they can resolve or improve their financial situation. This was simply a catch up plan to cure the default amounts and did not state that the funds would be applied as regular monthly mortgage payments nor was it a promise of a loan modification.

5)    Pursuant to the attached history Exhibit "B" The payments remitted on this account according the forbearance agreement are as follows:

> January 4, 2010 payment in the amount of $525.00
>
> February 3, 2010 payment in the amount of $525.00
>
> March 3, 2010 payment in the amount of $525.00
>
> April 16, 2010 payment in the amount of $525.00

As reflected in the forbearance agreement the final payment was due on April 3, 2010.  Debtor's final payment due, according to the plan was $4,461.70.  Their remittance of only $525.00 voids this plan and allows the delinquency to remain.

6)      The initial review of the borrower's financials determined that Debtors had a deficiency in their income (see subsection A below).   Updated Financials were received (see subsection B below). and Debtors were ultimately denied for a loan modification because they did not show the ability to repay the mortgage based on the updated financials provided by the Debtors.

a) At the time of the repayment plan the borrower provided the following financials:

| | |
|---|---|
| 1ST/2ND MORTGAGE | $1,207.34 |
| PYMTS: INSTALL/CARS | $1,722.00 |
| FOOD | $200.00 |
| UTILITIES | $285.00 |
| TRANSPORTATION | $383.00 |
| MEDICAL/INS EXP | $200.00 |
| CABLE,INTERNET,ENT | $260.00 |
| CLOTHING/OTHER MISC | $400.00 |
| INCOME: | $3,075.00 |
| EXPENSES: | $4,657.34 |
| **SURPLUS/DEFICIT(-):** | **(-$1,582.34)** |

b) As of 04/22/10 the debtor provided the following updated financials:

| | |
|---|---|
| 1ST/2ND MORTGAGE | $1,207.34 |
| FOOD | $200.00 |
| UTILITIES | $285.00 |
| TRANSPORTATION | $383.00 |
| MEDICAL/INS EXP | $200.00 |
| CABLE,INTERNET,ENT | $216.99 |
| CLOTHING/OTHER MISC | $400.00 |
| PYMTS:INSTALL/CARS | $1,458.00 |
| INCOME: | $3,912.86 |
| EXPENSES: | $4,350.33 |
| **SURPLUS/DEFICIT (-):** | **(-$437.47)** |

The current amounts due in order reinstate the loan good through 9/15/10 is as follows:

| | |
|---|---|
| REINSTATE ON | 09-15-10 |
| NEXT DUE DATE WILL BE | 10-01-10 |
| PAYMENTS DUE | 4 |
| TOTAL PAYMENT AMOUNT | $4,829.36 |
| ACCRUED LATE CHARGES | $144.87 |
| SUSPENSE | ($892.66) |
| CORPORATE ADVANCE | $125.00 |
| BANKRUPTCY FEES & COSTS | $800.00 |
| **TOTAL DUE** | **$6,791.89** |

1

2        I declare under penalty of perjury that the foregoing is true and correct.

3

4

5                                    BY: _____

6

7        SUBSCRIBED AND SWORN TO before me, the undersigned notary public, on the September
11, 2010.

8

9

10                                   _____
                                            Notary Public

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

 Return Mail Operations
P.O. Box 10368
Des Moines, IA 50306-0368

December 03, 2009

004839 1 AT 0.357  4438400-4839000843 021 82 AC08GULM160 708

Sonia G Lopez
Jessica G Flores
6525 Charlie Chaplin Ave 103
Las Vegas NV 89122-1766

Ilalblaaalllahlalhlaillalalhallanddlladaladd

Client 708
Loan Number 0210205605
Due Date: 12-01-09

Thank you for contacting us regarding your temporary financial hardship
on the above mentioned loan. We are concerned when our customers are
experiencing a financial hardship which is beyond their control and are
here to assist you through this difficult period.

1. As discussed we have granted you the payment arrangement listed below.

| PLAN | DATE | AMT | PLAN | DATE | AMT |
|------|------|-----|------|------|-----|
| 01 | 01/03/10 | 525.00 | 02 | 02/03/10 | 525.00 |
| 03 | 03/03/10 | 525.00 | 04 | 04/03/10 | 4,461.70 |

2. This is a period for you to determine how you can resolve or improve
your financial situation. This plan is not a waiver of the accrued or
future payments or late charges that become due.

3. During this period, we are requesting that you contact our office
monthly or if changes occur to your financial situation, contact us
immediately. If you are unable to make a payment on the plan by the date
indicated above, further collection activity may result, including
foreclosure.

4. On 04/03/10, all past due payments and accrued charges are due.
If you are unable to make the final payment listed above, you must have
established acceptable arrangements with our office for bringing your
loan current.

5. Please sign and date the enclosed agreement and return to the
following address or you may fax to (866) 359-7363. Payments during the
plan should be sent to the following address:
    Wells Fargo Home Mortgage
    3476 Stateview Blvd., MAC X7801-03K
    Fort Mill SC 29715

If we can be of further assistance, please call us at (800) 416-1472,
Monday through Thursday, 8 AM to 11 PM; Friday, 8 AM to 9:30 PM; or
Saturday, 9 AM to 1 PM, Eastern Time.

We are required by the Fair Debt Collection Practices Act to inform you
if your loan is currently delinquent or in default, as your loan
servicer, we will be attempting to collect a debt, and any information
obtained will be used for that purpose. However, if you have received a
discharge, and the loan was not reaffirmed in the bankruptcy case, we
will only exercise our rights against the property and are not attempting
any act to collect the discharge debt from you personally.



EXHIBIT "A"

· 708  0210205605

**SPECIAL FORBEARANCE AGREEMENT - TERMS AND CONDITIONS**
The indebtedness of the referenced loan is in default and in consideration of extending forbearance for a period of time, it is necessary that you indicate your understanding and acceptance of the terms of the forbearance agreement by immediately signing and returning this agreement. Failure to sign and return this agreement with your first installment will render it null and void.

2. Payments must be made strictly in accordance with the enclosed payment schedule and forbearance agreement conditions. This plan is an agreement to temporarily accept reduced payments or maintain regular monthly payments during the plan specified below. Upon completion of this plan, the loan must be brought current or an arrangement to satisfy the arrearage must be executed.

3. The lender is under no obligation to enter into any further agreement, and this agreement shall not constitute a waiver of the lender's right to insist upon strict performance in the future.

4. All of the provisions of the note and security instrument, except as herein provided, shall remain in full force and effect. Any breach of any provision of this agreement or non-compliance with this agreement, shall render the forbearance null and void, and at the option of the lender without further notice to you may terminate this agreement. The lender, at its option, may institute foreclosure proceedings according to the terms of the note and security instrument without regard to this agreement. In the event of foreclosure, you may incur additional expenses of attorney's fees and foreclosure costs.

5. The due date of your loan will continue to be reported to the credit bureaus on a monthly basis. While this forbearance plan is in effect, there will be a special notation: "Paying under a partial payment agreement."

6. There is no "grace period" allowance in this agreement. All payments must be received on or before the agreed due date. If any payment is not received on or before the due date, the agreement will be void and the total delinquency, including fees, will be due immediately.

7. The total amount indicated on each payment of the payment schedule must be remitted. In the event the total amount due of each payment is not received, the Special Forbearance agreement will be rendered null and void.

By signing this Agreement I hereby consent to being contacted concerning this loan at any cellular or mobile telephone number I may have. This includes text messages, at no cost to me, and telephone calls including the use of automated dialing systems to contact my cellular or mobile telephone.

Sonia M. Lopez    03/01/2010    _____    3/01/2010
Mortgagor    Date    Co-mortgagor    Date

EXHIBIT "B"

| Date Received | Contractual Due Date | Post Due Date | Pre Due Date | Amount Received | Amount Applied to Principal | Amount Applied to Interest | Escrow Applied Disbursed | Escrow Advance | Late Charge Applied or Paid | Debtor Suspense | Trustee Suspense | Fees Assessed or Recovered | TT Funds Rcvd |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/22/08 | | | | | | | | | | | | | |
| 11/04/08 | | | | | | | -$66.01 | | | | | | |
| 12/04/08 | | | | | | | -$66.02 | | | | | | |
| 12/05/08 | | | | | | | -$134.41 | | | | | | |
| 12/08/08 | 12/01/08 | | | $1,207.33 | $161.80 | $807.79 | $237.74 | | | | | | |
| 12/29/08 | | | | | | | -$0.01 | | | | | | |
| 01/05/09 | | | | | | | -$66.02 | | | | | | |
| 01/06/09 | 01/01/09 | | | $1,207.33 | $162.61 | $806.98 | $237.74 | | | | | | |
| 02/04/09 | | | | | | | -$66.02 | | | | | | |
| 02/13/09 | 02/01/09 | | | $1,207.33 | $163.43 | $806.16 | $237.74 | | | | | | |
| 02/13/09 | | | | | | | -$134.41 | | | | | | |
| 03/04/09 | | | | | | | -$66.02 | | | | | | |
| 03/09/09 | 03/01/09 | | | $1,207.33 | $164.24 | $805.35 | $237.74 | | | | | | |
| 04/03/09 | | | | | | | -$66.02 | | | | | | |
| 04/08/09 | 04/01/09 | | | $1,207.33 | $165.07 | $804.52 | $237.74 | | | | | | |
| 05/04/09 | | | | | | | -$66.02 | | | | | | |
| 05/11/09 | 05/01/09 | | | $1,207.33 | $165.89 | $803.70 | $237.74 | | | | | | |
| 06/04/09 | | | | | | | -$66.02 | | | | | | |
| 06/08/09 | 06/01/09 | | | $1,207.33 | $166.72 | $802.87 | $237.74 | | | | | | |
| 07/03/09 | | | | | | | -$66.02 | | | | | | |
| 07/13/09 | 07/01/09 | | | $1,207.33 | $167.55 | $802.04 | $237.74 | | | | | | |
| 07/23/09 | | | | | | | -$353.79 | | | | | | |
| 08/04/09 | | | | | | | -$66.02 | | | | | | |
| 08/17/09 | 08/01/09 | | | $1,207.33 | $168.39 | $801.20 | $237.74 | | | | | | |
| 09/04/09 | | | | | | | -$66.02 | | | | | | |
| 09/09/09 | | | | | | | -$607.28 | | | | | | |
| 09/14/09 | 09/01/09 | | | $1,207.33 | $169.23 | $800.36 | $237.74 | | | | | | |
| 09/16/09 | | | | | | | -$465.75 | | | | | | |
| 09/25/09 | | | | | | | -$348.18 | | | | | | |
| 09/28/09 | | | | | | | $15.00 | $15.00 | | | | | |
| 10/02/09 | | | | | | | -$66.02 | | | | | | |
| | | | | | | | $66.02 | $66.02 | | | | | |
| 10/08/09 | 10/01/09 | | | $1,207.33 | $170.08 | $799.51 | $237.74 | | | | | | |
| | | | | | | | -$81.02 | -$81.02 | | | | | |
| 11/04/09 | | | | | | | -$65.78 | | | | | | |
| 11/18/09 | 11/01/09 | | | $1,207.34 | $170.93 | $798.66 | $237.75 | | | | | | |
| 12/04/09 | 12/01/09 | | | $1,207.34 | $171.78 | $797.81 | $237.75 | | | | | | |
| 12/04/09 | | | | | | | -$65.18 | | | | | | |
| 12/07/09 | | | | | | | -$353.78 | | | | | | |
| 01/04/10 | | | | $525.00 | | | | | | $525.00 | | | |
| 01/05/10 | | | | | | | -$65.18 | | | | | | |
| 02/03/10 | | | | $525.00 | | | | | | $525.00 | | | |
| 02/04/10 | | | | | | | -$65.18 | | | | | | |
| 02/24/10 | | | | | | | -$353.78 | | | | | | |
| | | | | | | | $336.66 | $336.66 | | | | | |
| 03/03/10 | | | | $525.00 | | | | | | $525.00 | | | |
| 03/04/10 | 01/01/10 | | | | $172.64 | $796.95 | $237.75 | | | -$1,207.34 | | | |
| | | | | | | | -$237.75 | -$237.75 | | | | | |
| 03/04/10 | | | | | | | -$65.18 | | | | | | |
| | | | | | | | $65.18 | $65.18 | | | | | |
| 03/16/10 | | | | | | | | | $45.29 | | | | |

| Date Received | Principal Balance | Escrow Applied Disbursed Balance | Escrow Advance Balance | Debtor Suspense Balance | Trustee Suspense Balance | Master Suspense Balance | Fees Assessed or Recovered Balance | Proof of Claim | Consent Order | Comments |
|---|---|---|---|---|---|---|---|---|---|---|
| 10/22/08 | $161,557.00 | $377.64 | $0.00 | | | | $0.00 | | | Loan originated 10/22/08. Initial escrow deposit |
| 11/04/08 | $161,557.00 | $311.63 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | PMI Insurance |
| 12/04/08 | $161,557.00 | $245.61 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | PMI Insurance |
| 12/05/08 | $161,557.00 | $111.20 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | County Taxes |
| 12/08/08 | $161,395.20 | $348.94 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | |
| 12/29/08 | $161,395.20 | $348.93 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | PMI Insurance |
| 01/05/09 | $161,395.20 | $282.91 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | PMI Insurance |
| 01/06/09 | $161,232.59 | $520.65 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | |
| 02/04/09 | $161,232.59 | $454.63 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | PMI Insurance |
| 02/13/09 | $161,069.16 | $692.37 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | |
| 02/13/09 | $161,069.16 | $557.96 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | County Taxes |
| 03/04/09 | $161,069.16 | $491.94 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | PMI Insurance |
| 03/09/09 | $160,904.92 | $729.68 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | |
| 04/03/09 | $160,904.92 | $663.66 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | PMI Insurance |
| 04/08/09 | $160,739.85 | $901.40 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | |
| 05/04/09 | $160,739.85 | $835.38 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | PMI Insurance |
| 05/11/09 | $160,573.96 | $1,073.12 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | |
| 06/04/09 | $160,573.96 | $1,007.10 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | PMI Insurance |
| 06/08/09 | $160,407.24 | $1,244.84 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | |
| 07/03/09 | $160,407.24 | $1,178.82 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | PMI Insurance |
| 07/13/09 | $160,239.69 | $1,416.56 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | |
| 07/23/09 | $160,239.69 | $1,062.77 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | County Taxes |
| 08/04/09 | $160,239.69 | $996.75 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | PMI Insurance |
| 08/17/09 | $160,071.30 | $1,234.49 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | |
| 09/04/09 | $160,071.30 | $1,168.47 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | PMI Insurance |
| 09/09/09 | $160,071.30 | $561.19 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | Refund to borrower for excess escrow funds |
| 09/14/09 | $159,902.07 | $798.93 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | |
| 09/16/09 | $159,902.07 | $333.18 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | Hazard Insurance |
| 09/25/09 | $159,902.07 | -$15.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | County Taxes |
| 09/28/09 | $159,902.07 | $0.00 | $15.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | |
| 10/02/09 | $159,902.07 | -$66.02 | $15.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | PMI Insurance |
| | $159,902.07 | $0.00 | $81.02 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | |
| 10/08/09 | $159,731.99 | $237.74 | $81.02 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | |
| | $159,731.99 | $156.72 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | |
| 11/04/09 | $159,731.99 | $90.94 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | PMI Insurance |
| 11/18/09 | $159,561.06 | $328.69 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | |
| 12/04/09 | $159,389.28 | $566.44 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | |
| 12/04/09 | $159,389.28 | $501.26 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | PMI Insurance |
| 12/07/09 | $159,389.28 | $147.48 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | County Taxes |
| 01/04/10 | $159,389.28 | $147.48 | $0.00 | $525.00 | $0.00 | $525.00 | $0.00 | $0.00 | | |
| 01/05/10 | $159,389.28 | $82.30 | $0.00 | $525.00 | $0.00 | $525.00 | $0.00 | $0.00 | | PMI Insurance |
| 02/03/10 | $159,389.28 | $82.30 | $0.00 | $1,050.00 | $0.00 | $1,050.00 | $0.00 | $0.00 | | |
| 02/04/10 | $159,389.28 | $17.12 | $0.00 | $1,050.00 | $0.00 | $1,050.00 | $0.00 | $0.00 | | PMI Insurance |
| 02/24/10 | $159,389.28 | -$336.66 | $0.00 | $1,050.00 | $0.00 | $1,050.00 | $0.00 | $0.00 | | County Taxes |
| | $159,389.28 | $0.00 | $336.66 | $1,050.00 | $0.00 | $1,050.00 | $0.00 | $0.00 | | |
| 03/03/10 | $159,389.28 | $0.00 | $336.66 | $1,575.00 | $0.00 | $1,575.00 | $0.00 | $0.00 | | |
| 03/04/10 | $159,216.64 | $237.75 | $336.66 | $367.66 | $0.00 | $367.66 | $0.00 | $0.00 | | |
| | $159,216.64 | $0.00 | $98.91 | $367.66 | $0.00 | $367.66 | $0.00 | $0.00 | | |
| 03/04/10 | $159,216.64 | -$65.18 | $98.91 | $367.66 | $0.00 | $367.66 | $0.00 | $0.00 | | PMI Insurance |
| | $159,216.64 | $0.00 | $164.09 | $367.66 | $0.00 | $367.66 | $0.00 | $0.00 | | |
| 03/16/10 | $159,216.64 | $0.00 | $164.09 | $367.66 | $0.00 | $367.66 | $0.00 | $0.00 | | |

| Date Received | Contractual Due Date | Post Due Date | Pre Due Date | Amount Received | Amount Applied to Principal | Amount Applied to Interest | Escrow Applied Disbursed | Escrow Advance | Late Charge Applied Paid | Debtor Suspense | Trustee Suspense | Fees Assessed or Recovered | TT Funds Rec'd | Principal Balance | Escrow Applied Disbursed Balance | Escrow Advance Balance | Debtor Suspense Balance | Trustee Suspense Balance | Master Suspense Balance | Fees Assessed or Recovered Balance | Proof of Claim | Comment Order | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 04/02/10 | | | | | | | | | | | | | | $192,316.64 | -$65.18 | $164.50 | | | $367.00 | $0.00 | $0.00 | | P&I Insurance |
| | | | | | | | $65.18 | | | | | | | $192,316.64 | $0.00 | $229.27 | | | $367.00 | $0.00 | $0.00 | | |
| 04/01/10 | | | | $525.00 | | | | | | | $525.00 | | | $192,316.64 | $0.00 | $229.27 | | | $632.00 | $0.00 | $0.00 | | |
| 04/04/10 | | | | | | | | | | | | | | $192,316.64 | $0.00 | $229.27 | | | $632.00 | $0.00 | $0.00 | | |
| 05/04/10 | | | | | | | -$65.18 | | $40.29 | | | | | $192,316.64 | -$65.18 | $229.27 | | | $632.00 | $0.00 | $0.00 | | P&I Insurance |
| | | | | | | | $65.18 | $65.18 | | | | | | $192,316.64 | $0.00 | $264.45 | | | $632.00 | $0.00 | $0.00 | | |
| 05/12/10 | 03/01/10 | | | $1,207.34 | $175.31 | | $237.75 | | | | | | | $190,943.13 | $0.00 | $264.45 | | | $632.00 | $0.00 | $0.00 | | |
| | | | | | | | | | | | | | | $190,943.13 | $0.00 | $26.70 | | | $632.00 | $0.00 | $0.00 | | |
| 05/17/10 | | | | | | | -$237.75 | | | $45.30 | | | | $190,943.13 | -$65.18 | $56.70 | | | $632.00 | $0.00 | $0.00 | | |
| 06/04/10 | | | | | | | | | | | | | | $190,043.13 | $0.00 | $121.89 | | | $632.00 | $0.00 | $0.00 | | P&I Insurance |
| | | | | | | | $65.18 | $65.18 | | | | | | $190,043.13 | $0.00 | $121.89 | | | $632.00 | $0.00 | $0.00 | | |
| 06/07/10 | 05/01/10 | | | $1,207.34 | $174.27 | | $237.75 | -$121.87 | | | | | | $190,060.78 | $111.87 | $0.00 | | | $632.00 | $0.00 | $0.00 | | |
| | | | | | | | | | | | | | | $190,060.78 | $111.87 | $0.00 | | | $632.00 | $0.00 | $0.00 | | |
| 07/07/10 | | | | | | | -$65.18 | | $40.29 | | | | | $190,060.78 | $50.69 | $0.00 | | | $632.00 | $0.00 | $0.00 | | P&I Insurance |
| 07/06/10 | 04/01/10 | | | $1,207.34 | $175.25 | $794.34 | $237.75 | | | | | | | $190,060.51 | $50.69 | $0.00 | | | $632.00 | $0.00 | $0.00 | | |
| 07/12/10 | | | | | | | -$65.18 | | $40.29 | | | | | $190,060.51 | $209.44 | $0.00 | | | $632.00 | $0.00 | $0.00 | | County Taxes |
| 07/07/10 | | | | | | | -$436.62 | | | | | | | $190,060.51 | $67.63 | $0.00 | | | $632.00 | $0.00 | $0.00 | | P&I Insurance |
| 08/04/10 | | | | | | | -$65.18 | | | $40.29 | | | | $190,020.31 | -$43.39 | $0.00 | | | $632.00 | $0.00 | $0.00 | | |
| | | | | | | | $43.36 | $43.36 | | | | | | $190,020.31 | $0.00 | $43.36 | | | $632.00 | $0.00 | $0.00 | | |
| 08/16/10 | 05/01/10 | | | $1,207.34 | $178.12 | $793.47 | $237.75 | -$43.36 | | | | | | $190,517.32 | $194.30 | $0.00 | | | $632.00 | $0.00 | $0.00 | | P&I Insurance |
| | | | | | | | | | | | | | | $190,517.32 | $0.00 | $0.00 | | | $632.00 | $0.00 | $0.00 | | |
| 08/25/10 | | | | | | | | | | | | | | $190,517.32 | $129.21 | $0.00 | | | $632.00 | $0.00 | $0.00 | | |
| 09/23/10 | | | | | | | | | | | | | | $190,517.32 | $129.21 | $0.00 | | | $632.00 | $0.00 | $0.00 | | |
| | | | | | | | | | | | | | | $190,517.32 | $129.21 | $0.00 | | | $632.00 | $0.00 | $0.00 | | |
| | | | | | | | | | | | | | | $190,517.32 | $129.21 | $0.00 | | | $632.00 | $0.00 | $0.00 | | |
| | | | | | | | | | | | | | | $190,517.32 | $129.21 | $0.00 | | | $632.00 | $0.00 | $0.00 | | |
| | | | | | | | | | | | | | | $190,517.32 | $129.21 | $0.00 | | | $632.00 | $0.00 | $0.00 | | |
| | | | | | | | | | | | | | | $190,517.32 | $129.21 | $0.00 | | | $632.00 | $0.00 | $0.00 | | |
| | | | | | | | | | | | | | | $190,517.32 | $129.21 | $0.00 | | | $632.00 | $0.00 | $0.00 | | |
| | | | | | | | | | | | | | | $190,517.32 | $129.21 | $0.00 | | | $632.00 | $0.00 | $0.00 | | |
| | | | | | | | | | | | | | | $190,517.32 | $129.21 | $0.00 | | | $632.00 | $0.00 | $0.00 | | |
| | | | | | | | | | | | | | | $190,517.32 | $129.21 | $0.00 | | | $632.00 | $0.00 | $0.00 | | |

**Exhibit "2"**

| Date Received | Contractual Due Date | Post Due Date | Pre Due Date | Amount Received | Amount Applied to Principal | Amount Applied to Interest | Escrow Applied Disbursed | Escrow Advance | Late Charge Applied or Paid | Debtor Suspense | Trustee Suspense |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 10-22-08 | | | | | | | | | | | |
| 11/04/08 | | | | | | | -$66.01 | | | | |
| 12/04/08 | | | | | | | -$66.02 | | | | |
| 12/05/08 | | | | | | | -$134.41 | | | | |
| 12/08/08 | 12/01/08 | | | $1,207.33 | $161.80 | $807.79 | $237.74 | | | | |
| 12/29/08 | | | | | | | -$0.01 | | | | |
| 01/05/09 | | | | | | | -$66.02 | | | | |
| 01/06/09 | 01/01/09 | | | $1,207.33 | $162.61 | $806.98 | $237.74 | | | | |
| 02/04/09 | | | | | | | -$66.02 | | | | |
| 02/10/09 | 02/01/09 | | | $1,207.33 | $163.43 | $806.16 | $237.74 | | | | |
| 02/13/09 | | | | | | | -$134.41 | | | | |
| 03/04/09 | | | | | | | -$66.02 | | | | |
| 03/09/09 | 03/01/09 | | | $1,207.33 | $164.24 | $805.35 | $237.74 | | | | |
| 04/03/09 | | | | | | | -$66.02 | | | | |
| 04/06/09 | 04/01/09 | | | $1,207.33 | $165.07 | $804.52 | $237.74 | | | | |
| 05/04/09 | | | | | | | -$66.02 | | | | |
| 05/11/09 | 05/01/09 | | | $1,207.33 | $165.89 | $803.70 | $237.74 | | | | |
| 06/04/09 | | | | | | | -$66.02 | | | | |
| 06/09/09 | 06/01/09 | | | $1,207.33 | $166.72 | $802.87 | $237.74 | | | | |
| 07/03/09 | | | | | | | -$66.02 | | | | |
| 07/13/09 | 07/01/09 | | | $1,207.33 | $167.55 | $802.04 | $237.74 | | | | |
| 07/23/09 | | | | | | | -$353.78 | | | | |
| 08/04/09 | | | | | | | -$66.02 | | | | |
| 08/17/09 | 08/01/09 | | | $1,207.33 | $168.39 | $801.20 | $237.74 | | | | |
| 09/04/09 | | | | | | | -$66.02 | | | | |
| 09/09/09 | | | | | | | -$607.28 | | | | |
| 09/14/09 | 09/01/09 | | | $1,207.33 | $169.23 | $800.36 | $237.74 | | | | |
| 09/16/09 | | | | | | | -$462.75 | | | | |
| 09/28/09 | | | | | | | -$353.78 | | | | |
| 09/29/09 | | | | | | | $15.60 | $15.60 | | | |
| 10/02/09 | | | | | | | -$66.02 | | | | |
| | | | | | | | $66.02 | $66.02 | | | |
| 10/09/09 | 10/01/09 | | | $1,207.33 | $170.08 | $799.51 | $237.74 | | | | |
| | | | | | | | -$81.62 | -$81.62 | | | |
| 11/04/09 | | | | | | | -$65.16 | | | | |
| 11/10/09 | 11/01/09 | | | $1,207.34 | $170.93 | $798.66 | $237.75 | | | | |
| 12/04/09 | 12/01/09 | | | $1,207.34 | $171.78 | $797.81 | $237.75 | | | | |
| 12/04/09 | | | | | | | -$65.16 | | | | |
| 12/07/09 | | | | | | | -$353.78 | | | | |
| 01/04/10 | | | ✓ | $525.00 | | | | | | $525.00 | |
| 01/05/10 | | | | | | | -$65.16 | | | | |
| 02/03/10 | | | ✓ | $525.00 | | | | | | $525.00 | |
| 02/04/10 | | | | | | | -$65.16 | | | | |
| 02/24/10 | | | | | | | -$353.78 | | | | |
| | | | | | | | $336.66 | $336.66 | | | |
| 03/03/10 | | | ✓ | $525.00 | | | | | | $525.00 | |
| 03/04/10 | 01/01/10 | | | | $172.64 | $798.95 | $237.75 | | | -$1,207.34 | |
| | | | | | | | -$237.75 | -$237.75 | | | |
| 03/04/10 | | | | | | | -$65.16 | | | | |
| | | | | | | | $65.16 | $65.16 | | | |
| 03/16/10 | | | | | | | | | $48.29 | | |
| 04/02/10 | | | | | | | -$65.16 | | | | |
| | | | | | | | $65.16 | $65.16 | | | |
| 04/16/10 | | | ✓ | $525.00 | | | | | | $525.00 | |
| 04/16/10 | | | | | | | | | $48.29 | | |
| 05/04/10 | | | | | | | -$65.16 | | | | |
| | | | | | | | $65.16 | $65.16 | | | |
| 05/12/10 | 02/01/10 | | | $1,207.34 | $173.51 | $798.08 | $237.75 | | | | |
| | | | | | | | -$237.75 | -$237.75 | | | |
| 05/17/10 | | | | | | | | | $48.29 | | |
| 06/04/10 | | | | | | | -$65.16 | | | | |
| | | | | | | | $65.16 | $65.16 | | | |
| 06/07/10 | 03/01/10 | | | $1,207.34 | $174.37 | $795.22 | $237.75 | | | | |
| | | | | | | | -$121.88 | -$121.88 | | | |
| 06/16/10 | | | | | | | | | $48.29 | | |
| 07/02/10 | | | | | | | -$65.16 | | | | |
| 07/05/10 | 04/01/10 | | | $1,207.34 | $175.25 | $794.34 | $237.75 | | | | |
| 07/16/10 | | | | | | | | | $48.29 | | |
| 07/26/10 | | | | | | | -$256.82 | | | | |
| 08/04/10 | | | | | | | -$65.16 | | | | |
| | | | | | | | $43.36 | $43.36 | | | |
| 08/16/10 | 05/01/10 | | | $1,207.34 | $176.12 | $793.47 | $237.75 | | | | |
| | | | | | | | -$43.36 | -$43.36 | | | |
| 08/25/10 | | | | | | | | | | -$95.58 | |
| 09/03/10 | | | | | | | -$65.16 | | | | |

FILED BK →

EXHIBIT "2"