| | |
|---|---|
| 1 | WILDE & ASSOCIATES |
| 2 | Gregory L. Wilde, Esq.<br>Nevada Bar No. 004417 |
| 3 | 212 South Jones Boulevard<br>Las Vegas, Nevada 89107 |
| 4 | Telephone: 702 258-8200 |
| 5 | bk@wildelaw.com |
| 6 | MARK S. BOSCO, ESQ.<br>Arizona Bar No. 010167 |
| 7 | TIFFANY & BOSCO, P.A.<br>2525 East Camelback Road, Suite 300 |
| 8 | Phoenix, Arizona 85016<br>Telephone: (602) 255-6000 |
| 9 | **Attorney for Secured Creditor** |
| 10 | Wells Fargo Bank, N.A. |
| 11 | 10-71631 |

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

| In re: | Bk Case No.: 10-13672-lbr |
|---|---|
| | Chapter 7 |
| Sonia G. Lopez | NOTICE OF ENTRY OF ORDER VACATING AUTOMATIC STAY<br>HEARING DATE: 7/28/2010<br>HEARING TIME: 10:30 am |
| Debtor. | |

PLEASE TAKE NOTICE that on the 22ND day of October, 2010, ORDER VACATING AUTOMATIC STAY was entered by the court. Copy of said order is attached herewith.

DATE: _____

WILDE & ASSOCIATES

By: /s/ Gregory L. Wilde, Esq
GREGORY L. WILDE, ESQ.
Attorney for Secured Creditor
212 South Jones Boulevard
Las Vegas, Nevada 89107

**Entered on Docket**
**October 22, 2010**

Hon. Linda B. Riegle
United States Bankruptcy Judge

WILDE & ASSOCIATES
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
212 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone: 702 258-8200
bk@wildelaw.com
Fax: 702 258-8787

MARK S. BOSCO, ESQ.
Arizona Bar No. 010167
TIFFANY & BOSCO, P.A.
2525 East Camelback Road, Suite 300
Phoenix, Arizona 85016
Telephone: (602) 255-6000

Wells Fargo Bank, N.A.
10-71631

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| In Re: | Bk Case No.: 10-13672-lbr |
|---|---|
| Sonia G. Lopez | Date: September 29, 2010<br>Time: 10:30 a.m. |
| Debtor. | Chapter 7 |

### ORDER VACATING AUTOMATIC STAY

IT IS HEREBY ORDERED. ADJUDGED AND DECREED that the Automatic Stay as to the bankruptcy estate in the above-entitled bankruptcy proceedings is immediately vacated and extinguished for all purposes as to Secured Creditor Wells Fargo Bank, N.A.. its assignees and/or successors in interest, of the subject property, generally described as 6525 Charlie Chaplin Ave. Las Vegas, NV 89122

IT IS FURTHER ORDERED. ADJUDGED and DECREED that the Secured Creditor shall record a new Notice of Default prior to proceeding with any Foreclsoure actions.

**IT IS FURTHER ORDERED, ADJUDGED and DECREED** that the Secured Creditor shall give Debtor at least fourteen business days' notice of the time, place and date of sale.

Submitted by:

WILDE & ASSOCIATES

By: _____
Gregory L. Wilde, Esq.
Attorney for Secured Creditor

APPROVED / DISAPPROVED

By: _See Page 3_
Pro Se
Sonia G. Lopez

APPROVED / DISAPPROVED

By:_____
Joseph B. Atkins
Chapter 7 Trustee

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Automatic Stay as to the bankruptcy estate in the above-entitled bankruptcy proceedings is immediately vacated and extinguished for all purposes as to Secured Creditor Wells Fargo Bank, N.A., its assignees and/or successors in interest, of the subject property, generally described as 6525 Charlie Chaplin Ave, Las Vegas, NV 89122

IT IS FURTHER ORDERED, ADJUDGED and DECREED that the Secured Creditor shall record a new Notice of Default prior to proceeding with any Foreclsoure actions.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that the Secured Creditor shall give Debtor at least fourteen business days' notice of the time, place and date of sale.

Submitted by:

WILDE & ASSOCIATES

By:_____
Gregory L. Wilde, Esq.
Attorney for Secured Creditor

APPROVED / DISAPPROVED

By: *Sonia H. Lopez*   10/15/10
Pro Se
Sonia G. Lopez

APPROVED / DISAPPROVED

By:_____
Joseph B. Atkins
Chapter 7 Trustee

In accordance with Local Rule 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

\_\_\_\_ The court has waived the requirements set forth in LR 9021(b)(1).
\_\_\_\_ No party appeared at the hearing or filed an objection to the motion.
\_x\_ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each property and whether the party has approved, disapproved, or failed to respond to the document]:

\_x\_ I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

Debtor
\_X\_ approved the form of this order          \_\_\_\_ disapproved the form of this order
\_\_\_\_ waived the right to review the order and/or     \_\_\_\_ failed to respond to the document
\_\_\_\_ appeared at the hearing, waived the right to review the order
\_\_\_\_ matter unopposed, did not appear at the hearing, waived the right to review the order

Trustee:
\_\_\_\_ approved the form of this order          \_\_\_\_ disapproved the form of this order
\_\_\_\_ waived the right to review the order and/or     \_x\_ failed to respond to the document

\_\_\_\_ This is a chapter 9, 11, or 15 case, and I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any trustee appointed in this case any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below.

Debtor's counsel:
\_\_\_\_ approved the form of this order          \_\_\_\_ disapproved the form of this order
\_\_\_\_ waived the right to review the order and/or     \_\_\_\_ failed to respond to the document
\_\_\_\_ appeared at the hearing, waived the right to review the order
\_\_\_\_ matter unopposed, did not appear at the hearing, waived the right to review the order

Trustee:
\_\_\_\_ approved the form of this order          \_\_\_\_ disapproved the form of this order
\_\_\_\_ waived the right to review the order and/or     \_\_\_\_ failed to respond to the document

\_\_\_\_ I certify that I have served a copy of this order with the motion, and no parties appeared or filed written objection.

Submitted by:
/s/ Gregory L. Wilde, Esq.
Gregory L. Wilde, Esq.
Attorney for Secured Creditor

1 | WILDE & ASSOCIATES
2 | Gregory L. Wilde, Esq.
Nevada Bar No. 004417
3 | 212 South Jones Boulevard
Las Vegas, Nevada 89107
4 | Telephone: 702 258-8200

5 | MARK S. BOSCO, ESQ.
Arizona Bar No. 010167
6 | TIFFANY & BOSCO, P.A.
2525 East Camelback Road, Suite 300
7 | Phoenix, Arizona 85016
8 | Telephone: (602) 255-6000

9 | Wells Fargo Bank, N.A.
10-71631

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| In Re: | Bk Case No.: 10-13672-lbr |
|---|---|
| Sonia G. Lopez | Date: 7/28/2010<br>Time: 10:30 am |
| | Chapter 7 |
| Debtor. | |

## CERTIFICATE OF SERVICE

1. On __11/11/10__ I served the following documents(s):

NOTICE OF ENTRY OF ORDER VACATING AUTOMATIC STAY

2. I served the above-named document(s) by the following means to the persons as listed below:

X  a. ECF System

   Joseph B. Atkins
   JBAtkins@7Trustee.net
   Trustee

X  b. United States mail, postage fully prepaid:

   Sonia G. Lopez

6525 Charlie Chaplin Ave #103
Las Vegas, NV 89122
Debtor

☐ **c. Personal Service** (List persons and addresses. Attach additional paper if necessary)

I personally delivered the document(s) to the persons at these addresses:

☐   1.   For a party represented by an attorney, delivery was made by handing the document(s) to the attorney's office with a clerk or other person in charge, or if no one is charge by leaving the document(s) in a conspicuous place in the office.

N/A

☐   2.   For a party, delivery was made by handing the document(s) to the party or by leaving the document(s) at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there. N/A

☐ **d. By direct mail**

Based upon the written assignment of the parties to accept service by email or a court order. I caused the document(s) to be sent to the persons at the mail addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☐ **e. By fax transmission**

Based upon the written assignment of the parties to accept service by fax transmission or a court order. I faxed the document(s) to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

☐ **f. By messenger**

I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for service.

**I declare under penalty of perjury that the foregoing is true and correct.**

DATED this 11th day of November, 2010.

By: ___[signature]___